AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

Barbara A. Jones, et al,

Plaintiffs,
V.

Ashiskumar S. Patel, et al,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11411 RWZ

TO: (Name and address of Defendant)

**HIGHLAND CONVENIENCE**
95 Highland Street
South Easton, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
21 Mayor McGrath Highway
Suite 404
Quincy, MA  02169-5351
(617) 328-3800

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUL 5 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*                                                                                              October 20, 2005

I hereby certify and return that on 10/18/2005 at 02:36 pm I served a true and attested copy of the Summons and Complaint, Jury Claim, C.A. Cover Sheet in this action in the following manner: To wit, by delivering in hand to Greeta Patel, agent, person in charge at the time of service for Highland Convenience (Variety), 95 Highland Street, South Easton, MA 02375. Copies ($2.00), Conveyance ($1.50), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $55.65

Deputy Sheriff Brian Sweeney                                                                        _____
                                                                                                                             *Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                         Date                           *Signature of Server*

                                         _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.