AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Barbara A. Jones, et al,

    Plaintiffs,
V.

Ashiskumar S. Patel, et al,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11411 RWZ**

TO: (Name and address of Defendant)

RamanBajti K. Patel, President
**SHANKAR CORPORATION** d/b/a dime Redemption Centert
22 Long Drive
Westboro, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert A. Koditek
    **KODITEK LAW FIRM**
    21 Mayor McGrath Highway
    Suite 404
    Quincy, MA  02169-5351
    (617) 328-3800

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUL 0 6 2005

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NA

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

[illegible]

[illegible] and return that [illegible] I served a [illegible] and [illegible] copy of the Summons and [illegible], [illegible] Civil Action [illegible] Sheet in this action in the [illegible] manner: To wit, by [illegible] [illegible] PATEL PRESIDENT, [illegible] CORPORATION [illegible] CENTER [illegible] at [illegible] SHERIFF'S [illegible], [illegible]. Fees: Service [illegible], [illegible]

Deputy Sheriff [illegible]

Deputy Sheriff

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________________

Date *Signature of Server*

______________________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.