AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

Barbara A. Jones, et al,

    Plaintiffs,

V.

Ashiskumar S. Patel, et al,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05  11411 RWZ

TO: (Name and address of Defendant)

RamanBajti K. Patel, President
**NEHA CORP** d/b/a Quick Stop
22 Long Drive
Westboro, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
21 Mayor McGrath Highway
Suite 404
Quincy, MA  02169-5351
(617) 328-3800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons | |

NAME

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

I hereby certify and return that on 10/19/2005 at 11:15 am I served a true and attested copy of the Summons and Complaint, Jury Claim, Civil Action in this action in the following manner: To wit, by delivering in hand to RAMANBHAI K. PATEL, PRESIDENT, NEHA CORP DBA QUICK STOP at Worcester County Sheriff's Office, 44 Main St, Worcester, MA. Fees: Service 30.00, Travel 13.20, Conveyance 1.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $50.70

Deputy Sheriff: Jennifer E Galo

_____
Deputy Sheriff

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                    Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.