UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil No.: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa, and<br>STEVEN JONES, ppa,<br><br>      Plaintiffs,<br><br>vs.<br><br>ASHISKUMAR S. PATEL,<br>NITESHKUMAR K. PATEL,<br>RAMANBAJTI K. PATEL,<br>NEHA CORP.,<br>  d/b/a Quick Stop,<br>SHANKAR CORPORATION,<br>  d/b/a Dime Redemption Center,<br>DASHRATHBHAI P. PATEL,<br>AJAY VARIETY CORP,<br>  d/b/a Highland Variety and/or Convenience.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO EXTEND TIME
TO COMPLETE SERVICE OF PROCESS**

    **NOW** come the plaintiffs, in the above-entitled matter, and respectfully move this Honorable Court, to extend the time to allow service of process as to the defendants, Ashiskumar S. Patel and Niteshkumar K. Patel, for another thirty (30) days.

    In support hereof, this Motion the plaintiffs state:

Barbara A. Jones, et al v. Ashishkumar S. Patel, et al        USDC Mass Civil #.:05-11411-RWZ
Plaintiffs' Motion To Extend Time To
Complete Service Of Process                                                                Page 2

1. Service was attempted upon Ashiskumar S. Patel, the driver of the vehicle involved in this accident, at the address which said defendant stated he lived at on July 25, 2003. The returned Return of Service is attached hereto as Exhibit A.

2. Service was attempted upon Niteshkumar K. Patel, the owner of the vehicle involved in this accident, at the address which said defendant stated he lived at on January 26, 2004. The returned Return of Service is not yet returned from the Middlesex Deputy Sheriff's Office, but it was verbally conveyed that service could not be effectuated.

3. Service of Process has already been sent to the Suffolk Deputy Sheriff's Office by Federal Express on October 22, 2005, for service upon the Registrar of Motor Vehicles, pursuant to M.G.L. c. 90, § 3D. No word has yet been received as to whether service has actually been made as of this date.

4. Although service may be made upon both the above-named defendants before the expiration of the 120-day limit imposed by Fed.R.Civ.P. Rule 4(m) [November 3], the Return of Service may not be able to be filed prior to that date, due to plaintiffs' counsel moving of his office, and the possible delays in receiving mail as a result of an address change.

5. An Amended Complaint, as a matter of course, is also being filed herewith.

Barbara A. Jones, et al v. Ashishkumar S. Patel, et al     USDC Mass Civil #.:05-11411-RWZ
Plaintiffs' Motion To Extend Time To
Complete Service Of Process                                                    Page 3

WHEREFORE, the plaintiffs' request that the time for service of process as to the defendants, Ashiskumar S. Patel and Niteshkumar K. Patel, be extended for another thirty (30) days, as well as such other Orders as this Court deems just and proper.

By Plaintiffs' Attorneys,

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA  02043
(617) 328-3800

DATED:  October 29, 2005

C:\DOCS\LEGAL FILES\KODITEK LAW\2095 - Barbara Jones V. Patel, Et Al\Pleadings - US Dist Ct MA\Extend Time.Service.Motion.Doc

<u>Barbara A. Jones, et al v. Ashishkumar S. Patel, et al</u>    USDC Mass Civil #.:05-11411-RWZ
Plaintiffs' Motion To Extend Time To
Complete Service Of Process                                                              Page 4

# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Barbara A. Jones, et al,

      Plaintiffs,

V.

Ashiskumar S. Patel, et al,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05  11411 RWZ

TO: (Name and address of Defendant)

Ashiskumar S. Patel
95 Highland Street
South Easton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Robert A. Koditek
> **KODITEK LAW FIRM**
> 21 Mayor McGrath Highway
> Suite 404
> Quincy, MA  02169-5351
> (617) 328-3800

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUL 0 6 2005

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date           Signature of Server

_____
Address of Server

---

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

October 20, 2005

By virtue of this writ I have made diligent search for the within-named Ashiskumar S. Patel and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

Deputy Sheriff Brian Sweeney                              _____
                                                          *Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.