UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil Action No: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES, | ) |
| ROBERT M. JONES, | ) |
| MOLLY JONES, ppa, and | ) |
| STEVEN JONES, ppa, | ) |
| PLAINTIFFS | ) |
| | ) |
| VS. | ) |
| | ) |
| ASHISKUMAR S. PATEL, | ) |
| NITESHKUMAR K. PATEL, | ) |
| RAMANBHATI K. PATEL, | ) |
| NEHA CORP., d/b/a QUICK | ) |
| STOP, SHANKAR | ) |
| CORPORATION, d/b/a | ) |
| DIME REDEMPTION CENTER, | ) |
| AND HIGHLAND CONVENIENCE, | ) |
| DEFENDANTS | ) |

## NOTICE OF APPEARANCE

   Please enter my appearance as counsel for the defendants, Ramanbhati K. Patel, Neha Corp., d/b/a Quick Stop, Shankar Corporation, d/b/a Dime Redemption Center, and Highland Convenience.

                              DEFENDANTS

                              BY THEIR ATTORNEY:


                              _____/s/_____
                              s/John P. Donohue, BBO#567008
                              Fuller, Rosenberg, Palmer
                              & Beliveau, LLP
                              340 Main Street, Suite 817
                              Worcester, MA 01608

Dated: November 7, 2005