UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil Action No: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES, | ) |
| ROBERT M. JONES, | ) |
| MOLLY JONES, ppa, and | ) |
| STEVEN JONES, ppa, | ) |
| PLAINTIFFS | ) |
| | ) |
| VS. | ) |
| | ) |
| ASHISKUMAR S. PATEL, | ) |
| NITESHKUMAR K. PATEL, | ) |
| RAMANBHATI K. PATEL, | ) |
| NEHA CORP., d/b/a QUICK | ) |
| STOP, SHANKAR | ) |
| CORPORATION, d/b/a | ) |
| DIME REDEMPTION CENTER, | ) |
| AND HIGHLAND CONVENIENCE, | ) |
| DEFENDANTS | ) |

**DEFENDANTS', RAMANBHATI K. PATEL, NEHA CORP., D/BA QUICK STOP, SHANKAR CORP., DIME REDEMPTION CENTER AND HIGHLAND CONVENIENCE, MOTION TO DISMISS**

The defendants, Ramanbhati K. Patel, NEHA Corp., d/b/a Quick Stop, Shankar Corp., d/b/a Dime Redemption Center and Highland Convenience, move to dismiss the plaintiffs' complaint on the grounds that there is a prior pending state action arising of the same occurrence and for failure to state of claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). The plaintiffs' complaint, as viewed, presents no facts that support the plaintiffs' allegations that Ashiskumar Patel was operating the vehicle in the course of his employment with Ramanbhati K. Patel, NEHA Corp., Shankar Corp. and/or Highland Convenience at the time of the accident or that any

defendant owned the vehicle being operated by Ashiskumar Patel at the time of the accident.

The defendants rely on the attached memorandum of law in support of their motion to dismiss.

Pursuant to Local Rule 7.1(E), the defendants believe that oral argument may assist the Court in the disposition of this motion and, therefore, respectfully request a hearing.

                                        DEFENDANTS

                                        BY THEIR ATTORNEY:

_____/s/_____
s/John P. Donohue, BBO#567008
Fuller, Rosenberg, Palmer
& Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608

Dated:  November 7, 2005

<u>Local Rule 7.1(A)(2) Certificate</u>

  I, John P. Donohue, counsel for the defendants, hereby certify in accordance with Local Rule 7.1(A)(2) that I have conferred with plaintiff's counsel about the subject of this motion and have attempted in good faith to resolve or narrow the issues addressed herein.

              _____
              s/John P. Donohue, Esquire

<u>Certificate of Service</u>

  I, John P. Donohue, attorney for the defendants, hereby certify under the penalties of perjury on this 7th day of November, I served the foregoing Motion to Dismiss on plaintiff by transmitting a copy thereof by first class mail to their attorney, Robert A. Koditek, Koditek Law Firm, 160 Old Derby Street, Suite 225, Hingham, MA 02043.

              _____
              s/John P. Donohue, Esquire