AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Barbara A. Jones, et al,

Plaintiffs,
v.

Ashiskumar S. Patel, et al,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 11411 RWZ

TO: (Name and address of Defendant)

**ASHISKUMAR S. PATEL**
c/o Kimberly Hindin, Registrar of Motor Vehicles
630 Washington Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
21 Mayor McGrath Highway
Suite 404
Quincy, MA 02169-5351
(617) 328-3800

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_(signature)_
(BY) DEPUTY CLERK

OCT 2 - 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　Date　　　　　　　　Signature of Server

_____
Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

[faded/illegible text regarding service of Summons, Complaint and Other Sheet in this action together with ... upon ... named Raniksumar R. Patel by delivering to hand to ... of the Massachusetts Registry of Motor Vehicles at ... Massachusetts ..., Boston, MA, along with service of fees. Fees: Paid Registrar $10.00, U.S. District Court Fee $35.00, Basic Service Fee ... $30.00, Travel $1.50, Postage and Handling $1.00, Attest Copies $... Total Charges $...]

Deputy Sheriff George ...　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Sheriff