UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil Action No: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa, and<br>STEVEN JONES, ppa,<br>PLAINTIFFS<br><br>VS.<br><br>ASHISKUMAR S. PATEL,<br>NITESHKUMAR K. PATEL,<br>RAMANBHATI K. PATEL,<br>NEHA CORP., d/b/a QUICK<br>STOP, SHANKAR<br>CORPORATION, d/b/a<br>DIME REDEMPTION CENTER,<br>AND HIGHLAND CONVENIENCE,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, Ramanbhati K. Patel, Neha Corp., d/b/a Quick Stop, Shankar Corporation, d/b/a Dime Redemption Center, and Highland Convenience.

DEFENDANTS

BY THEIR ATTORNEY:

_____
Thomas W. Beliveau, BBO#548001
Fuller, Rosenberg, Palmer
& Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608

Dated: November 14, 2005

## CERTIFICATE OF SERVICE

I, Thomas W. Beliveau, do hereby certify that on this 14th day of November, 2005, I served a copy of the within document, first class mail, postage prepaid, upon the following counsel of record:

Robert A. Koditek
Koditek Law Firm
160 Old Derby Street, Suite 225
Hingham, MA 02043.

_____
Thomas W. Beliveau, Esq.