UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil No.: 05-11411-RWZ

BARBARA A. JONES, )
ROBERT M. JONES, )
MOLLY JONES, ppa, and )
STEVEN JONES, ppa, )
)
      Plaintiffs, )
)
vs. )
)
ASHISKUMAR S. PATEL, )
NITESHKUMAR K. PATEL, )
RAMANBAJTI K. PATEL, )
NEHA CORP., )
  d/b/a Quick Stop, )
SHANKAR CORPORATION, )
  d/b/a Dime Redemption Center, )
DASHRATHBHAI P. PATEL, and )
AJAY VARIETY CORP. )
  d/b/a Highland Variety )
)
      Defendants. )

## REQUEST FOR DEFAULT (RULE 55(A))
### (NEHA Corp., d/b/a Highland Variety)

I, Robert A. Koditek, attorney for the above-named plaintiffs, state that the Complaint in this action was filed on July 6, 2005, and the Summons and a copy of the Complaint were served on defendant, NEHA Corp., d/b/a Highland Variety, on October 18, 2005, as appears from the Return of Service, and said Defendant's Motion To Dismiss was denied November 30, 2005. Said defendant was also served with a copy of

the First Amended Complaint by providing a copy to said defendant's attorney on November 9, 2005, by mailing to (as set forth in Certificate Of Service attached to First Amended Complaint And Jury Claim):

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA  01608

Said defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by the Rules of Civil Procedure.

Therefore, plaintiff requests that a default be entered against defendant, NEHA Corp., d/b/a Highland Variety, in this action.

Signed under the penalties of perjury.

By Their Attorneys,

/s/

---

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA  02043
(617) 328-3800
BBO No.: 276400

DATED:  January 2, 2006

## **CERTIFICATE OF SERVICE**

  I, Robert A. Koditek, attorney for the plaintiffs, hereby certify under the penalties of perjury on this 9th day of November, 2005, I served a true copy of the First Amended Complaint And Jury Claim on upon the defendants, RAMANBAJTI K. PATEL, NEHA CORP., d/b/a Quick Stop, and SHANKAR CORPORATION, d/b/a Dime Redemption Center, by [mailing same (first class mail) ~~(certified mail, return receipt requested)~~ postage pre-paid] ~~[facsimile transmission] [overnight mail/delivery] [delivery/in-hand]~~, to:

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA  01608

                /s/
                _____
                Robert A. Koditek