UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil No.: 05-11411-RWZ

BARBARA A. JONES, )
ROBERT M. JONES, )
MOLLY JONES, ppa, and )
STEVEN JONES, ppa, )
  )
      Plaintiffs, )
  )
vs. )
  )
ASHISKUMAR S. PATEL, )
NITESHKUMAR K. PATEL, )
RAMANBAJTI K. PATEL, )
NEHA CORP., )
  d/b/a Quick Stop, )
SHANKAR CORPORATION, )
  d/b/a Dime Redemption Center, )
DASHRATHBHAI P. PATEL, and )
AJAY VARIETY CORP. )
  d/b/a Highland Variety )
  )
      Defendants. )

**REQUEST FOR DEFAULT (RULE 55(A))**
**(Ramanbhati K. Patel)**

I, Robert A. Koditek, attorney for the above-named plaintiffs, state that the Complaint in this action was filed on July 6, 2005, and the Summons and a copy of the Complaint were served on defendant, Ramanbhati K. Patel, on October 18, 2005, as appears from the Return of Service, and said Defendant's Motion To Dismiss was denied November 30, 2005. Said defendant was also served with a copy of the First Amended

Complaint by providing a copy to said defendant's attorney on November 9, 2005, by mailing to (as set forth in Certificate Of Service attached to First Amended Complaint And Jury Claim):

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA 01608

Said defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by the Rules of Civil Procedure.

Therefore, plaintiff requests that a default be entered against defendant, Ramanbhati K. Patel, in this action.

Signed under the penalties of perjury.

By Their Attorneys,

/s/
_____
Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA 02043
(617) 328-3800
BBO No.: 276400

DATED: January 2, 2006

## CERTIFICATE OF SERVICE

      I, Robert A. Koditek, attorney for the plaintiffs, hereby certify under the penalties of perjury on this 9th day of November, 2005, I served a true copy of the First Amended Complaint And Jury Claim on upon the defendants, RAMANBAJTI K. PATEL, NEHA CORP., d/b/a Quick Stop, and SHANKAR CORPORATION, d/b/a Dime Redemption Center, by [mailing same (first class mail) ~~(certified mail, return receipt requested)~~ postage pre-paid] ~~[facsimile transmission] [overnight mail/delivery] [delivery/in-hand]~~, to:

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA  01608

                                                  /s/
                                        _____
                                        Robert A. Koditek