UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil Action No:  05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES, | ) |
| ROBERT M. JONES, | ) |
| MOLLY JONES, ppa, and | ) |
| STEVEN JONES, ppa, | ) |
| PLAINTIFFS | ) |
| | ) |
| VS. | ) |
| | ) |
| ASHISKUMAR S. PATEL, | ) |
| NITESHKUMAR K. PATEL, | ) |
| RAMANBHATI K. PATEL, | ) |
| NEHA CORP., d/b/a QUICK | ) |
| STOP, SHANKAR | ) |
| CORPORATION, d/b/a | ) |
| DIME REDEMPTION CENTER, | ) |
| AND HIGHLAND CONVENIENCE, | ) |
| DEFENDANTS | ) |

### ANSWER & CLAIM OF JURY TRIAL OF DEFENDANTS, RAMANBHATI K. PATEL, NEHA CORP., D/BA QUICK STOP, SHANKAR CORPORATION D/B/A DIME REDEMPTION CENTER TO PLAINTIFFS' AMENDED COMPLAINT

1. Defendants admit the allegations contained in paragraph 1 of plaintiffs' amended complaint.

2. Defendants admit the allegations contained in paragraph 2 of plaintiffs' amended complaint.

3. Defendants admit the allegations contained in paragraph 3 of plaintiffs' amended complaint.

4. Defendants admit the allegations contained in paragraph 4 of plaintiffs' amended complaint.

5. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 5 of plaintiffs' amended complaint.

6. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 6 of plaintiffs' amended complaint.

7. Defendants admit the allegations contained in paragraph 7 of plaintiffs' amended complaint.

8. Defendants deny the allegations contained in paragraph 8 of plaintiffs' amended complaint.

9. Defendants deny the allegations contained in paragraph 9 of plaintiffs' amended complaint.

10. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 10 of plaintiffs' amended complaint.

11. Defendants deny the allegations contained in paragraph 11 of plaintiffs' amended complaint.

12. Defendants deny the allegations contained in paragraph 12 of plaintiffs' amended complaint.

13. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 13 of plaintiffs' amended complaint.

14. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 14 of plaintiffs' amended complaint.

15. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 15 of plaintiffs' amended complaint.

16. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 16 of plaintiffs' amended complaint.

17. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 17 of plaintiffs' amended complaint.

18. Defendants deny the allegations contained in paragraph 18 of plaintiffs' amended complaint.

19. Defendants lack sufficient knowledge to either admit or deny the allegations contained in paragraph 19 of plaintiffs' amended complaint.

## COUNT I

20. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

    Defendants file no answer to paragraphs 21 through 22 of Count I of plaintiffs' amended complaint as said paragraphs do not assert allegations against them.

## COUNT II

23. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

    Defendants file no answer to paragraphs 24 through 25 of Count II of plaintiffs' amended complaint as said paragraphs do not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT III

26. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

27. Defendants deny the allegations contained in paragraph 27 of plaintiffs' amended complaint.

28. Defendants deny the allegations contained in paragraph 28 of plaintiffs' amended complaint.

29. Defendants deny the allegations contained in paragraph 29 of plaintiffs' amended complaint.

## COUNT IV

30. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

31. Defendants deny the allegations contained in paragraph 31 of plaintiffs' amended complaint.

## COUNT V

32. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

33. Defendants deny the allegations contained in paragraph 33 of plaintiffs' amended complaint.

## COUNT VI

34. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

   Defendants file no answer to paragraphs 35 through 36 of Count VI of plaintiffs' amended complaint as said paragraphs do not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT VII

37. Defendants repeat their answers to paragraphs 1 through 19 of plaintiffs' amended complaint.

   Defendants file no answer to paragraph 38 of Count VII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT VIII

39. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

   Defendants file no answer to paragraph 40 of Count VIII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT IX

41. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 42 of Count IX of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT X

43. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

44. Defendants deny the allegations contained in paragraph 44 of plaintiffs' amended complaint.

## COUNT XI

45. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

46. Defendants deny the allegations contained in paragraph 46 of plaintiffs' amended complaint.

## COUNT XII

47. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

48. Defendants deny the allegations contained in paragraph 48 of plaintiffs' amended complaint.

## COUNT XIII

49. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 50 of Count XIII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XIV

51. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 52 of Count XIV of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XV

53. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 54 of Count XV of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XVI

55. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 56 of Count XVI of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XVII

57. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

58. Defendants deny the allegations contained in paragraph 58 of plaintiffs' amended complaint.

## COUNT XVIII

59. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

60. Defendants deny the allegations contained in paragraph 60 of plaintiffs' amended complaint.

## COUNT XIX

61. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

62. Defendants deny the allegations contained in paragraph 62 of plaintiffs' amended complaint.

## COUNT XX

63. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

    Defendants file no answer to paragraph 64 of Count XX of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XXI

65. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

    Defendants file no answer to paragraph 66 of Count XXI of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XXII

67. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

    Defendants file no answer to paragraph 68 of Count XXII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XXIII

69. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

    Defendants file no answer to paragraph 70 of Count XXIII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XXIV

71. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

72. Defendants deny the allegations contained in paragraph 72 of plaintiffs; amended complaint.

## COUNT XXV

73. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

74. Defendants deny the allegations contained in paragraph 74 of plaintiffs' amended complaint.

## COUNT XXVI

75. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

76. Defendants deny the allegations contained in paragraph 76 of plaintiffs' amended complaint.

## COUNT XXVII

77. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 78 of Count XXVII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

## COUNT XXVIII

79. Defendants repeat their answers to paragraphs 1 through 19 and 26 through 33 of plaintiffs' amended complaint.

Defendants file no answer to paragraph 80 of Count XXVIII of plaintiffs' amended complaint as said paragraph does not assert allegations against them. To the extent that an answer is deemed required beyond that, denied.

### FIRST DEFENSE

And further answering, the defendants say that the plaintiffs' Complaint/Amended Complaint fails to set forth facts constituting a cause of action, and therefore the plaintiffs cannot recover.

### SECOND DEFENSE

And further answering, the defendants say that the plaintiffs' own negligence caused or contributed to the accident and injuries alleged, and therefore the plaintiffs cannot recover.

### THIRD DEFENSE

And further answering, the defendants say that the plaintiffs were more than 50 percent negligent in causing or contributing to the accident and injuries alleged, and therefore the plaintiffs either cannot recover or any verdict or finding in their favor must be reduced by the percentage of negligence attributed to the said plaintiffs.

### FOURTH DEFENSE

And further answering, the defendants say that the plaintiffs were in violation of the law at the time and place of the alleged accident, which violation of the law caused or contributed to the happening of said accident, and therefore the plaintiffs cannot recover.

### FIFTH DEFENSE

And further answering, the defendants say that the plaintiffs' alleged injuries, if any, were caused by persons other than the defendants, their agents, servants, employees, or persons for whose conduct the defendants are responsible and therefore the plaintiffs cannot recover.

### SIXTH DEFENSE

And further answering, the defendants say that the plaintiffs' alleged injuries, if any, do not come within one of the exceptions to the Massachusetts No-Fault Insurance Law, being Massachusetts General Laws, Chapter 231, Section 6D, and therefore the plaintiffs are barred from bringing this action and cannot recover.

### SEVENTH DEFENSE

And further answering, the defendants say that the alleged cause of action referred to in

the plaintiffs' Complaint/Amended Complaint falls within the purview of Massachusetts General Laws, Chapter 90, Section 34(m), and therefore this action is brought in violation of the law and the plaintiffs cannot recover.

### EIGHTH DEFENSE

And further answering, the defendants say that the plaintiffs have not served the defendants with the Summons and Complaint/Amended Complaint within the time period required by the court after the expiration of the statute of limitations, and therefore the plaintiffs cannot recover and the plaintiffs' Complaint/Amended Complaint should be dismissed.

### NINTH DEFENSE

And further answering, the defendants say that the plaintiffs have failed to serve the defendants with the Summons and Complaint/Amended Complaint within the time required by the Federal Rules of Civil Procedure and therefore the plaintiffs' Complaint/Amended Complaint should be dismissed.

### TENTH DEFENSE

And further answering, the defendants say that the plaintiffs' Complaint/Amended Complaint is subject to dismissal because of insufficiency of process and insufficiency of service of process and therefore the plaintiffs' Complaint/Amended Complaint should be dismissed.

### ELEVENTH DEFENSE

And further answering, the defendants say that at the time and place of the accident alleged, the plaintiffs were not wearing a seatbelt; said seatbelt being available and operational, and if the plaintiffs sustained injuries, said injuries would have been greater than those sustained had he/she been wearing said seatbelt, and that accordingly any award received by the plaintiffs should be reduced by the doctrine of "avoidable consequences" and/or failure of the plaintiffs to mitigate his/her damages.

### TWELFTH DEFENSE

And further answering, the defendants say that they are entitled to a credit for any Personal Injury Protection benefits that the plaintiff received under any applicable policy of insurance, and any recovery by the plaintiffs must be diminished by the amount of Personal Injury Protection benefits that the plaintiff received under the provisions of Massachusetts General Laws Chapter 90, Section 34(m).

## THIRTEENTH DEFENSE

And further answering, the defendants say that the plaintiffs and defendants have reached an accord and satisfaction and therefore the plaintiffs' Complaint/Amended Complaint should be dismissed.

## FOURTEENTH DEFENSE

And further answering, the defendants say that the plaintiffs have signed a release as to any alleged agents, servants or employees of the defendants, RAMANBAJTI K. PATEL, NEHA CORP. d/b/a QUICK STOP, and SHANKAR CORPORATION d/b/a DIME REDEMPTION CENTER, and therefore plaintiffs' Complaint/Amended Complaint should be dismissed.

  WHEREFORE, the defendants, RAMANBAJTI K. PATEL, NEHA CORP. d/b/a QUICK STOP, and SHANKAR CORPORATION d/b/a DIME REDEMPTION CENTER, demand judgment against the plaintiffs and further demand that said action be dismissed.

  AND, FURTHER, the defendants, RAMANBAJTI K. PATEL, NEHA CORP. d/b/a QUICK STOP, and SHANKAR CORPORATION d/b/a DIME REDEMPTION CENTER, claim a trial by jury on all the issues.

           RAMANBAJTI K. PATEL,
           NEHA CORP. d/b/a Quick Stop
           SHANKAR CORPORATION d/b/a
           Dime Redemption Center
           BY THEIR ATTORNEY:

           _____
           John P. Donohue, Esquire
           Fuller, Rosenberg, Palmer & Beliveau, LLP
           340 Main Street, Suite 817
           Worcester, MA 01608
           (508) 751-5128
January 5, 2006       BBO#567008