UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil Action No: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa, and<br>STEVEN JONES, ppa,<br>PLAINTIFFS<br><br>VS.<br><br>ASHISKUMAR S. PATEL,<br>NITESHKUMAR K. PATEL,<br>RAMANBHATI K. PATEL,<br>NEHA CORP., d/b/a QUICK<br>STOP, SHANKAR<br>CORPORATION, d/b/a<br>DIME REDEMPTION CENTER,<br>AND HIGHLAND CONVENIENCE,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for RAMANBAJTI K. PATEL, NEHA CORP. d/b/a QUICK STOP, and SHANKAR CORPORATION d/b/a DIME REDEMPTION CENTER, defendants in the above-referenced action.

                                                    _____
                                                    John P. Donohue, Esquire
                                                    Fuller, Rosenberg, Palmer & Beliveau, LLP
                                                      340 Main Street, Suite 817
                                                     Worcester, MA 01608
                                                     (508) 751-5128
                                                     BBO#567008

January 5, 2006