AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Barbara A. Jones, et al,

Plaintiffs,

v.

Ashiskumar S. Patel, et al,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05  11411 RWZ

TO: (Name and address of Defendant)

**DASHRATHBHAI P. PATEL**
95 Highland Street
Easton, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA 02043
(617) 328-3800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  11/2/05

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

December 8, 2005

I hereby certify and return that on 12/7/2005 at 09:57 am I served a true and attested copy of the Summons and First Amended Complaint, Jury Claim, C.A. Cover Sheet in this action in the following manner: To wit, by delivering in hand to Dashrathbhai P. Patel at 95 Highland Street South Easton, MA 02375. Copies ($2.00), Conveyance ($1.50), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $55.65

Deputy Sheriff Brian Sweeney                                            _____
                                                                          Deputy Sheriff

---

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

December 8, 2005

I hereby certify and return that on 12/7/2005 at 09:57 am I served a true and attested copy of the Summons and First Amended Complaint, Jury Claim, C.A. Cover Sheet in this action in the following manner: To wit, by delivering in hand to Dashrathbhai Patel, agent, person in charge at the time of service for AJAY Variety Corp, 95 Highland Street, South Easton, MA 02375. Copies ($2.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $39.75

Deputy Sheriff Brian Sweeney                                            _____
                                                                          Deputy Sheriff