AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 JAN ... P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

Barbara A. Jones, et al,

Plaintiffs,
V.

Ashiskumar S. Patel, et al,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 11411 RWZ

TO: (Name and address of Defendant)

Ashiskumar S. Patel
c/o Registrar of Motor Vehicles (Anne L. Collins)
630 Washington Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA 02043
(617) 328-3800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

1/9/06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date  ______________ *Signature of Server*

______________ *Address of Server*

Deputy Sheriff, George Slyva

Deputy Sheriff

January 24, 2006

I hereby certify and return that on 1/18//2006 at 10:00AM I served two copies copy of the within Summons and1st Amended Complaint, Jury Claim, motion Notice in this action together with $10.00 in fees, upon the within named Ashiskumar S Patel by delivering in hand to Becky Avinger , agent of the Massachusetts Registry of Motor Vehicles at 630 Washington Street, Boston, MA. along with $10.00 in fees. Fees: Paid Registrar ($10.00), U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $57.00

Suffolk, ss.



Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999