AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Barbara A. Jones, et al,

Plaintiffs,

V.

Ashiskumar S. Patel, et al,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05  11411 RWZ

TO: (Name and address of Defendant)

Niteshkumar K. Patel
c/o Registrar of Motor Vehicles (Anne L. Collins)
630 Washington Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA  02043
(617) 328-3800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                            1/9/06
CLERK                                                         DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                    Signature of Server

_____
Address of Server

---

Suffolk, ss.

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

January 24, 2006

I hereby certify and return that on 1/18/2006 at 10:00AM I served two copies copy of the within Summons and 1st Amended Complaint, Jury Claim, motion Notice in this action together with $10.00 in fees, upon the within named Miteshkumar K Patel by delivering in hand to Becky Avinger , agent of the Massachusetts Registry of Motor Vehicles at 630 Washington Street, Boston, MA. along with $10.00 in fees. Fees: U.S. District Court fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $46.00

Deputy Sheriff, George Slyva     /s/ Deputy Sheriff

