UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil No.: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa, and<br>STEVEN JONES, ppa,<br><br>        Plaintiffs,<br><br>vs.<br><br>ASHISKUMAR S. PATEL,<br>NITESHKUMAR K. PATEL,<br>RAMANBAJTI K. PATEL,<br>NEHA CORP.,<br>  d/b/a Quick Stop,<br>SHANKAR CORPORATION,<br>  d/b/a Dime Redemption Center,<br>DASHRATHBHAI P. PATEL, and<br>AJAY VARIETY CORP.<br>  d/b/a Highland Variety<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR DEFAULT (RULE 55(A))**
**(AJAY Variety Corp. d/b/a Highland Variety)**

---

I, Robert A. Koditek, attorney for the above-named plaintiffs, state that the Amended Complaint in this action was filed on November 8, 2005, and the Summons and a copy of the Amended Complaint, and Motion To Amend Complaint were served on defendant, AJAY Variety Corp. d/b/a Highland Variety, on December 7, 2005, as appears from the Return of Service.

Said defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by the Rules of Civil Procedure.

Therefore, plaintiff requests that a default be entered against defendant, AJAY Variety Corp. d/b/a Highland Variety, in this action.

Signed under the penalties of perjury.

By Their Attorneys,

/s/ Robert A. Koditek

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA  02043
(617) 328-3800
BBO No.: 276400

DATED:  January 21, 2006

### CERTIFICATE OF SERVICE

I, Robert A. Koditek, attorney for the plaintiffs, hereby certify under the penalties of perjury on this 21st day of January, 2006, I served a true copy of the Request For Default upon the defendant, AJAY VARIETY CORP. D/B/A HIGHLAND VARIETY by [mailing same (first-class mail) (certified mail, return receipt requested) postage pre-paid] [facsimile transmission] [overnight mail/delivery] [delivery/in-hand] [electronic transmission], to:

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA  01608

/s/ Robert A. Koditek

Robert A. Koditek