UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

Civil No.: 05-11411-RWZ

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa, and<br>STEVEN JONES, ppa,<br><br>        Plaintiffs,<br><br>vs.<br><br>ASHISKUMAR S. PATEL,<br>NITESHKUMAR K. PATEL,<br>RAMANBAJTI K. PATEL,<br>NEHA CORP.,<br>  d/b/a Quick Stop,<br>SHANKAR CORPORATION,<br>  d/b/a Dime Redemption Center,<br>DASHRATHBHAI P. PATEL, and<br>AJAY VARIETY CORP.<br>  d/b/a Highland Variety<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR DEFAULT (RULE 55(A))**
**(Dashrathbhai P. Patel)**

I, Robert A. Koditek, attorney for the above-named plaintiffs, state that the Amended Complaint in this action was filed on November 8, 2005, and the Summons and a copy of the Amended Complaint, and Motion To Amend Complaint were served on defendant, Dashrathbhai P. Patel, on December 7, 2005, as appears from the Return of Service.

Said defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by the Rules of Civil Procedure.

Therefore, plaintiff requests that a default be entered against defendant, Dashrathbhai P. Patel, in this action.

Signed under the penalties of perjury.

By Their Attorneys,

/s/ Robert A. Koditek

---

Robert A. Koditek
**KODITEK LAW FIRM**
160 Old Derby Street
Suite 225
Hingham, MA  02043
(617) 328-3800
BBO No.: 276400

DATED:  January 21, 2006

## CERTIFICATE OF SERVICE

I, Robert A. Koditek, attorney for the plaintiffs, hereby certify under the penalties of perjury on this 21st day of January, 2006, I served a true copy of the Request For Default upon the defendant, DASHRATHBHAI P. PATEL by [mailing same (first-class mail) (certified mail, return receipt requested) postage pre-paid] [facsimile transmission] [overnight mail/delivery] [delivery/in-hand] [electronic transmission], to:

John P. Donahue, Esquire
**Fuller Rosenberg, Palmer & Beliveau, LLP**
340 Main Street
Suite 817
Worcester, MA  01608

/s/ Robert A. Koditek

---

Robert A. Koditek