UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Barbara Jones et al                                             CIVIL ACTION
              Plaintiff                                     05-cv-11411
                            NO._____

    V.

AJAY Variety Corp d/b/a Highland Variety
              Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Barbara Jones et al** ___ for an order of Default for failure of the Defendant, **AJAY Variety Corp d/b/a Highland Variety**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **31** day of **January 2006**.

                                          SARAH A. THORNTON
                                          CLERK OF COURT

                                By:   Jay Johnson
                                         Deputy Clerk

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)