UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara Jones et al<br>Plaintiff<br><br>V.<br><br>Dashrathbhai P. Patel   Defendant | CIVIL ACTION<br>05-cv-11411<br>NO._____ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Barbara Jones et al_____ for an order of Default for failure of the Defendant, Dashrathbhai P. Patel _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _31_ day of____January_____2006_____.

SARAH A. THORNTON
CLERK OF COURT


By:  Jay Johnson
     Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)