UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA A. JONES,<br>ROBERT M. JONES,<br>MOLLY JONES, ppa and<br>STEPHEN JONES, ppa,<br><br>    Plaintiffs,<br><br>v.<br><br>ASHISKUMAR S. PATEL and<br>NITESHKUMAR K. PATEL,<br><br>    Defendants. | CIVIL ACTION NO. 05-11411-RWZ |

**MOTION TO DIMISS OF THE DEFENDANTS,
ASHISKUMAR S. PATEL AND NITESHKUMAR K. PATEL**

The defendants, Ashiskumar S. Patel and Niteshkumar K. Patel, move this Court to dismiss the claims against them in the above-captioned matter on the grounds that a prior action is pending in the Massachusetts Superior Court for Bristol County, and that a settlement has been agreed upon in that case.

In support of their motion to dismiss, the defendants refer to and incorporate by reference, the Memorandum of Law in Support of the Motion to Dismiss of the Defendants, Ashiskumar S. Patel and Niteshkumar K. Patel.

**REQUEST FOR ORAL AGRUMENT**

The defendants respectfully request that the Court schedule a hearing on this matter, as they believe oral arguments will assist the Court in reaching a decision on the merits of their motion.

                        Respectfully submitted,
                        ASHISKUMAR S. PATEL and
                        NITESHKUMAR K. PATEL,
                        By their attorneys,

                        /s/ Benjamin J. Whitney
                        John A. Eklund, BBO 152395
                        Benjamin J. Whitney, BBO 652492
                        LYNCH & LYNCH
                        45 Bristol Drive
                        South Easton, MA  02375
                        (508) 230-2500

Date:  February 8, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Benjamin J. Whitney, hereby certify that on the 8th day of February, 2006, pursuant to Local Rule 7.1(a)(2), correspondence was forwarded to counsel for the plaintiffs, Robert A. Koditek, Esq., Koditek Law Firm, 160 Old Derby Street, Suite 225, Hingham, MA  02043, attempting to resolve the issues set forth in the defendant's motion to dismiss.

                        /s/ Benjamin J. Whitney

## CERTIFICATE OF SERVICE

I, Benjamin J. Whitney, hereby certify that on the 8th day of February, 2006, I caused a copy of the foregoing document to be served, via first class mail, postage prepaid, to the following:

| | |
|---|---|
| Robert A. Koditek, Esq. | Thomas W. Beliveau, Esq. |
| Koditek Law Firm | FULLER, ROSENBERG, PALMER & |
| 160 Old Derby Street | BELIVEAU, LLP |
| Suite 225 | 340 Main Street |
| Hingham, MA  02043 | Worcester, MA  01608 |

                        /s/ Benjamin J. Whitney
                        Benjamin J. Whitney