UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11411-RWZ

BARBARA A. JONES,
ROBERT M. JONES,
MOLLY JONES, ppa and
STEPHEN JONES, ppa,

    Plaintiffs,

v.

ASHISKUMAR S. PATEL and
NITESHKUMAR K. PATEL,

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter the appearance of Benjamin J. Whitney as counsel for the defendants, Ashiskumar S. Patel and Niteshkumar K. Patel, with respect to the above-captioned matter.

Respectfully submitted,
ASHISKUMAR S. PATEL and
NITESHKUMAR K. PATEL,
By its attorneys,

/s/ Benjamin John Whitney
John A. Eklund, BBO 152395
Benjamin J. Whitney, BBO 652492
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

Dated:  February 9, 2006

2

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Whitney, hereby certify that on the 8th day of February, 2006, I caused a copy of the foregoing document to be served, via first class mail, postage prepaid, to the following:

| | |
|---|---|
| Robert A. Koditek, Esq. | Thomas W. Beliveau, Esq. |
| Koditek Law Firm | FULLER, ROSENBERG, PALMER & |
| 160 Old Derby Street | BELIVEAU, LLP |
| Suite 225 | 340 Main Street |
| Hingham, MA  02043 | Worcester, MA  01608 |

                                         /s/ Benjamin J. Whitney
                                         Benjamin J. Whitney