UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11411-RWZ

BARBARA A. JONES,
ROBERT M. JONES,
MOLLY JONES, ppa and
STEPHEN JONES, ppa,

    Plaintiffs,

v.

ASHISKUMAR S. PATEL, et al

    Defendants.

## OPPOSITION OF THE DEFENDANT'S, ASHISKUMAR S. PATEL AND NITESHKUMAR K. PATEL TO PLAINTIFF'S MOTION TO REOPEN CASE AND REVOKE ORDER OF DISMISSAL

The defendants, Ashiskumar S. Patel and Niteshkumar K. Patel, hereby oppose plaintiffs' motion to reopen case and revoke order of dismissal.

As grounds for this opposition, the defendants state that on March 22, 2006, settlement checks totaling $50,000.00 were mailed by their insurer, Arbella Mutual Insurance Company, to the attorney for the plaintiffs in full and final settlement of all claims brought by the plaintiffs against them. True copies of the checks are annexed hereto to the affidavit of Benjamin J. Whitney. As the insurer of the defendants has fulfilled its obligation under the terms of the settlement agreement, this action should be dismissed with prejudice.

For the foregoing reasons, the defendants respectfully request that this court deny the plaintiffs' motion.

Respectfully submitted,
ASHISKUMAR S. PATEL and
NITESHKUMAR K. PATEL,
By their attorneys,

/s/ Benjamin J. Whitney
John A. Eklund, BBO 152395
Benjamin J. Whitney, BBO 652492
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 28th day of March, 2006, I caused a copy of the foregoing document to be served, via facsimile and overnight mail, postage prepaid, to the following:

Robert A. Koditek, Esq.
KODITEK LAW FIRM
160 Old Derby Street
Suite 225
Hingham, MA  02043

Thomas W. Beliveau, Esq.
FULLER, ROSENBERG, PALMER &
BELIVEAU, LLP
340 Main Street
Worcester, MA  01608

/s/ Benjamin J. Whitney
Benjamin J. Whitney