UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11411-RWZ

BARBARA A. JONES,
ROBERT M. JONES,
MOLLY JONES, ppa and
STEPHEN JONES, ppa,

    Plaintiffs,

v.

ASHISKUMAR S. PATEL, et al

    Defendants.

## **AFFIDAVIT OF BENJAMIN J. WHITNEY**

I, Benjamin J. Whitney, do depose and state the following under oath:

1. I am counsel of record for the defendants, Ashiskumar S. Patel and Niteshkumar K. Patel.

2. At the time of the accident at issue, Ashiskumar S. Patel was driving a motor vehicle owned by Niteshkumar K. Patel. That vehicle was insured under a motor vehicle policy issued by Arbella Mutual Insurance Company.

3. On March 22, 2006, I was advised by Bryan Smith, the claim representative handling this matter on behalf of Arbella that settlement checks were being mailed that day in this action to counsel for the plaintiff, Robert Koditek.

4. Annexed hereto are true copies of the settlement checks that on information and belief were mailed to Attorney Robert Koditek on March 22, 2006. The original checks were not marked "void".

Signed under the pains and penalties of perjury this 28th day of March, 2006

                                        /s/ Benjamin J. Whitney
                                        Benjamin J. Whitney



**Arbella** Mutual Insurance Company

| | |
|---|---|
| Policy Number: | HB595116 |
| Claimant: | Barbara Jones |
| Date of Loss | 07/08/02 |
| Check Number: | 0001654247 |
| Date Issued: | 03/21/06 |
| Group: | No Attachment |
| Coverage: | BIO      = $25000.00 |

Serviced From:
Serviced To:
Invoice Number:

---
### COMMENTS
---

FINAL SETTLEMENT

IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM, PLEASE CONTACT:     TOTAL    *****$25,000.00
Bryan Smith
Tewksbury Claim Office (800) 843-3530

---- Arbella Insurance Company - PLEASE DETACH BEFORE DEPOSITING ----

**Arbella** Mutual Insurance Company

P.O. Box 1250
Tewksbury, MA 01876-0950

March 21, 2006

Claim Number: 000292730

Fleet Maine, N.A.
South Portland, ME

52-153 / 112

0001654247

PAY TO: BARBARA JONES AND ROBERT KODITEK

*****$25,000.00

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 180 DAYS AFTER DATE ISSUE

AMOUNT  *Twenty five thousand and 00/100 Dollars*

ROBERT A. KODITEK
160 OLD DERBY ST., SUITE 225

HINGHAM, MA 02043

SIGNED AS CHIEF FINANCIAL OFFICER & TREASURER
FOR ARBELLA MUTUAL INSURANCE COMPANY

⑆0001654247⑆ ⑈011201539⑈     8007707⑉



|  |  |
|---|---|
| In payment of: | FINAL SETTLEMENT |
| Insured: | NITESHKUMAR K. PATEL |
| Claim Number: | 000292730 |
| Policy Number: | HB595116 |
| Claimant: | Barbara Jones |
| Date of Loss | 07/08/02 |
| Check Number: | 0001654704 |
| Date Issued: | 03/21/06 |
| Group: | No Attachment |
| Coverage: | BIO        = $10000.00 |

Serviced From:
Serviced To:
Invoice Number:

**COMMENTS**

FINAL SETTLEMENT

IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM, PLEASE CONTACT:          TOTAL    *****$10,000.00
Bryan Smith
Tewksbury Claim Office (800) 843-3530

---

Arbella Insurance Company-PLEASE DETACH BEFORE DEPOSITING


P.O. Box 1250,
Tewksbury, MA 01876-0950

March 21, 2006

Claim Number: 000292730

Fleet Maine, N.A.
South Portland, ME

52-153
112

0001654704

| PAY TO | ROBERT JONES AND ROBERT KODITEK |  | *****$10,000.00 |
|---|---|---|---|

VOID IF NOT PRESENTED FOR PAYMENT WITHIN
180 DAYS AFTER DATE ISSUE

AMOUNT   *Ten thousand and 00/100 Dollars*

ROBERT A. KODITEK
160 OLD DERBY ST., SUITE 225

HINGHAM, MA 02043

SIGNED AS CHIEF FINANCIAL OFFICER & TREASURER
FOR ARBELLA MUTUAL INSURANCE COMPANY

⑴"0001654704⑴"  ⑴:011201539⑴:    800?70?4⑴"

|  |  |
|---|---|
| **In payment of:** | FINAL SETTLEMENT |
| **Insured:** | NITESHKUMAR K. PATEL |
| **Claim Number:** | 000292730 |
| **Policy Number:** | HB595116 |
| **Claimant:** | Barbara Jones |
| **Date of Loss** | 07/08/02 |
| **Check Number:** | 0001655067 |
| **Date Issued:** | 03/22/06 |
| **Group:** | No Attachment |
| **Coverage:** | BIO         = $7500.00 |

**Arbella**
Mutual Insurance Company

Serviced From:
Serviced To:
Invoice Number:

**COMMENTS**

FINAL SETTLEMENT

IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM, PLEASE CONTACT:     **TOTAL    ******$7,500.00**
Bryan Smith
Tewksbury Claim Office (800) 843-3530

---

Arbella Insurance Company PLEASE DETACH BEFORE DEPOSITING

**Arbella**
Mutual Insurance Company

P.O. Box 1250
Tewksbury, MA 01876-0950

March 22, 2006

Claim Number: 000292730

Fleet Maine, N.A.
South Portland, ME

52-153
112

0001655067

PAY TO: ROBERT JONES AS PARENT OF STEPHEN JONES, A MINOR, AND ROBERT KODITEK

******$7,500.00

VOID

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 180 DAYS AFTER DATE ISSUE

AMOUNT   *Seven thousand five hundred and 00/100 Dollars*

ROBERT A. KODITEK
160 OLD DERBY ST., SUITE 225

HINGHAM, MA 02043

*[signature]*
SIGNED AS CHIEF FINANCIAL OFFICER & TREASURER
FOR ARBELLA MUTUAL INSURANCE COMPANY

⑊"000 1655067"⑊ ⑉:011201539⑉: 800 770 74⑊"

**Arbella**
Mutual Insurance Company

| | |
|---|---|
| In payment of: | FINAL SETTLEMENT |
| Insured: | NITESHKUMAR K. PATEL |
| Claim Number: | 000292730 |
| Policy Number: | HB595116 |
| Claimant: | Barbara Jones |
| Date of Loss | 07/08/02 |
| Check Number: | 0001655309 |
| Date Issued: | 03/22/06 |
| Group: | No Attachment |
| Coverage: | BIO       = $7500.00 |

Serviced From:
Serviced To:
Invoice Number:

**COMMENTS**

FINAL SETTLEMENT

IF YOU HAVE ANY QUESTIONS ABOUT THIS CLAIM, PLEASE CONTACT:
Bryan Smith
Tewksbury Claim Office (800) 843-3530

TOTAL    ******$7,500.00

---

Arbella Insurance Company PLEASE DETACH BEFORE DEPOSITING

**Arbella**
Mutual Insurance Company

P.O. Box 1250
Tewksbury, MA 01876-0950

March 22, 2006

Claim Number: 000292730
52-153
Fleet Maine, N.A.
South Portland, ME
112

0001655309

PAY TO: ROBERT JONES AS PARENT OF MOLLY JONES, A MINOR, AND ROBERT KODITEK

******$7,500.00
VOID IF NOT PRESENTED FOR PAYMENT WITHIN 180 DAYS AFTER DATE ISSUE

AMOUNT  Seven thousand five hundred and 00/100 Dollars

ROBERT A. KODITEK
160 OLD DERBY ST., SUITE 225

HINGHAM, MA 02043

*signature*
SIGNED AS CHIEF FINANCIAL OFFICER & TREASURER
FOR ARBELLA MUTUAL INSURANCE COMPANY

⑆0001655309⑆ ⑈011201539⑈    800 77074⑆